**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEVON K. ADDONIZIO, individually and as parents and natural guardians for minor baby Plaintiff C.M., her daughter,<br><br>            Plaintiffs,<br><br>v.<br><br>SIMPLY THICK, LLC, THERMO PAC, LLC, AMERIQUAL GROUP, LLC, and H. J. HEINZ COMPANY,<br><br>            Defendants. | Case No.: 12-cv-4448 (CM) (FM)<br><br>ECF CASE<br><br><br><br>**STIPULATION OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

Pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, it is hereby STIPULATED AND AGREED, by and between the undersigned, that:

1. Thermo Pac, LLC's Third Party Complaint against H. J. Heinz Company is DISMISSED WITHOUT PREJUDICE;

2. Ameriqual Group, LLC's Third Party Complaint against H. J. Heinz Company is DISMISSED WITHOUT PREJUDICE;

3. Simply Thick, LLC's Cross-Claims against Thermo Pac, LLC, Ameriqual Group, LLC, and H. J. Heinz Company are DISMISSED WITHOUT PREJUDICE;

4. H. J. Heinz Company's Counterclaim against Thermo Pac, LLC is DISMISSED WITHOUT PREJUDICE.


SO STIPULATED.

Dated June 10, 2014

/s/ Wendy R. Fleishman

_____

Wendy R. Fleishman (WF 3017)
Paulina Do Amaral (PD 6091)
Daniel R. Leathers
Lieff, Cabraser, Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Ph: 212-355-9500
Fax: 212-355-9592

*Counsel for Plaintiffs*


/s/ Andrew Scholz

_____

Andrew Scholz
GOLDBERG SEGALLA LLP
11 White Plains, NY 10606
-and-
Glen Amundsen
Gary Zhao
SMITH AMUNDSEN LLP
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601

*Counsel for Defendant Thermo Pac, LLC*


/s/ Michael Scott

_____

Michael Scott
Rachel B. Weil
Rachel Anna Postman
REED SMITH LLP
1717 Arch Street
Philadelphia, PA 19103
-and-
599 Lexington Avenue
New York, NY 10022

*Counsel for Third Party Defendant H.J. Heinz Co.*


/s/ Ugo Colella

_____

Ugo Colella
Riccardo DeBari
THOMPSON HINE LLP
335 Madison Avenue, 12th Fl.
New York, NY 10017
-and-
1919 M. Street,N.W.
Washington DC 20036-3537

*Counsel for Defendant AmeriQual Group LLC*


/s/ Christopher T. Lee

_____

Christopher T. Lee
DICKIE MCCAMEY & CHILCOTE, PC
Two PPG Place, Suite 400
Pittsburgh, PA 15222
-and-
Michael J. Tricarico
CARROLL, MCNULTY & KULL
570 Lexington Avenue, 8th Floor
New York, NY 10022
Ph: 212-252-0004

*Counsel for Defendant Simply Thick LLC*