

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

Paulina Do Amaral
Partner
pdoamaral@lchb.com

August 11, 2014

Hon. Frank Maas, United States Magistrate Judge
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Hon. Colleen McMahon, United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

<u>***Confidential***</u>

RE: *Addonizio et al v. Simply Thick, L.L.C. et al.*
<u>Civil Action No. 1:12-cv-04448-RA-FM</u>

Dear Judge Maas and Judge McMahon:

Please be advised that the Parties have entered into a Memorandum of Understanding memorializing their agreement in principle to resolve plaintiffs' claims in the above-captioned matter. The Parties, therefore, request that the litigation be stayed while we work to finalize the terms of the settlement.

Respectfully,

*Paulina do Amaral*

Paulina do Amaral

cc: All counsel of record by ECF

1190002.2

San Francisco          New York          Nashville          www.lieffcabraser.com